# Frederick K. Funk, LLP
### Attorneys at Law

24 Polly Drummond Hill Road
Newark, DE 19711
Tel (302) 368-6233
Fax (302) 368-6238

105-A Sleepy Hollow Drive
Middletown, DE 19709
Tel (302) 376-0311
Fax (302) 376-6950

**Frederick K. Funk**
Licensed in DE

**Brian F. Funk**
Licensed in DE, MN, NJ, and PA

www.funkattorneys.com

**To:** UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
*Attn:* **Hon. Faith S. Hochberg**
50 Walnut Street
Newark, NJ 07101

**Date:** November 12th, 2008

**Re:** **Errorneously Named as Counsel for Defendants in Civil Action Case No. 08-CV-3163**

To the Honorable Faith S. Hochberg:

    I recently received a copy of the attached paperwork for the above-captioned lawsuit that was apparently sent to this firm by its *pro se* Plaintiff. In the attached two sets of default paperwork that we received, the *pro se* Plaintiff erroneously indicates that the Plaintiff is serving either myself or this law firm as counsel for the Defendants. **Therefore, I felt it was important to advise this Court that neither myself nor any other attorney at this law firm is representing any of the Defendants in this lawsuit.**

Respectfully,

*[signature: Brian F. Funk]*

Brian F. Funk, Esq.
Frederick K. Funk, LLP
105 Sleepy Hollow Drive Suite A
Middletown, DE 19709
302-376-0311 (tel)
302-376-6950 (fax)

**CC:** Thomas J. Ernst
984 Morris Turnpike Suite 134
Short Hills, NJ 07928

David Bridges, David J. Bridges, Jr., BMA Investments, Inc., and George Fantini
12781 Darby Brock Court
Woodbridge, VA 22192

Thomas J. Ernst, M.A., J.D.
Pro Se
784 Morris Turnpike, Suite 134
Short Hills, New Jersey 07078
(703) 474 – 7777
Plaintiff, Pro Se

| | |
|---|---|
| Thomas J. Ernst,<br>        Plaintiff<br><br>vs.<br><br>David Bridges &<br>David J. Bridges, Jr. &<br>BMA Investments, Inc. &<br>George Fantini,<br>        Defendant(s) | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No.  08 – CV – 3163<br><br>Hon. _____  **Judge Faith Hochberg**<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

TO: Clerk
    United States District Court
    District of New Jersey
    60 Walnut St., 4th Floor
    Newark, New Jersey

Please enter the default of the defendants, David Bridges, David J. Bridges, Jr., BMA Investments, Inc. for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the Affidavit(s) of Thomas J. Ernst, M.A., J.D., attached hereto.

Upon the Affidavit(s) attached hereto you will please enter judgment by default Against David Bridges, David J. Bridges, Jr., BMA Investments, Inc., and George Fantini, individually and severally, the named Defendants in the above-entitled action, for Three hundred and Forty thousand ($340,000) US Dollars, with interest of 4% and costs.

Thomas J. Ernst, Pro Se,
Plaintiff
BY: _Thomas J. Ernst, Pro Se_

Dated: Oct. 28, 2008

ASHLEY M FREEMAN
Notary Public
State of New Jersey
My Commission Expires Aug 13, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Thomas J. Ernst,<br>    Plaintiff | )<br>)<br>)<br>) |
| vs | )    **Case No. 08 CV 3163** |
| | )<br>)    **Hon. Judge Faith Hochberg** |
| David Bridges &<br>David J. Bridges, Jr. &<br>BMA Investments, Inc. &<br>George Fantini,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF DEFAULT

It appearing that the complaint was filed on June 23, 2008; and, that the Summons and complaint were duly served upon Defendants David Bridges, David J. Bridges, Jr., BMA Investments, Inc. and George Fantini, and no answer or other Pleading has been filed by said defendants within the time required by law.

Therefore, upon request of the plaintiff, default is hereby entered against each of the defendants cited above, as provided in Rule 55(a), Federal Rules of Civil Procedure.

By _____
               Clerk or (Deputy Clerk)

Thomas J. Ernst, M.A., J.D.
Pro Se
784 Morris Turnpike, Suite 134
Short Hills, New Jersey 07078
(703) 474 – 7777
Plaintiff, Pro Se

---

| | |
|---|---|
| Thomas J. Ernst,<br>            Plaintiff<br>vs.<br><br>David Bridges &<br>David J. Bridges, Jr. &<br>BMA Investments, Inc. &<br>George Fantini,<br>            Defendant(s) | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 08-CV-3163<br><br>Hon. Faith Hochberg<br><br>**AFFIDAVIT IN SUPPORT**<br>**OF ENTRY OF DEFAULT** |

TO: Clerk
    United States District Court
    District of New Jersey
    60 Walnut St., 4th Floor
    Newark, New Jersey

Thomas J. Ernst, of full age, being duly sworn, upon his oath according to law,

Deposes and says:

    1. I am the Plaintiff, acting pro se, per the laws of the State of New Jersey as noted in the above-entitled action. I am thoroughly familiar with the facts and circumstances of this action. I make this Affidavit in support of Plaintiff's request that the Clerk of this Court enter a default against each of the defendants in the above-entitled action.

    2. By Order of this Court dated June 24, 2008, the Summons and Complaint Were entered and issued on or about June 24, 2008.

Further, I swear and affirm that none of the defendants are minors, nor incompetent, nor otherwise mentally infirmed. I also swear and affirm that none of the defendants are in the military service.

3. The Complaint and Summons in this action were served, by US Mail Pre-Paid on all Defendants David Bridges and David J. Bridges, Jr. of Virginia and on George Fantini of Delaware, and upon their Attorneys Fred Funk, Esq. and Brian Funk, Esq. of Middletown, Delaware. The original Proof of Service and Summons were filed on or about June 23, 2008.

4. The time within which Defendants may answer or otherwise move as to the Complaint expired on or about July 16, 2008, and each of the Defendants failed to answer or otherwise respond.

5. Plaintiff has no alternative but to seek an Entry of Default. Plaintiff has now forwarded herewith to the Court an appropriate Default Judgment.

_Thomas J. Ernst, pro se_
Thomas J. Ernst, Pro Se

Sworn and subscribed to
Before me this 28th day of
October, 2008:

**NOTARY PUBLIC:** _[signature]_
By: _____

Dated: 10/28/08

ASHLEY M FREEMAN
Notary Public
State of New Jersey
My Commission Expires Aug 13, 2012

Thomas J. Ernst, M.A., J.D.
Pro Se
784 Morris Turnpike, Suite 134
Short Hills, New Jersey 07078
(703) 474 – 7777
Plaintiff, Pro Se

| | |
|---|---|
| Thomas J. Ernst,<br>　　　　Plaintiff<br>vs.<br><br>David Bridges &<br>David J. Bridges, Jr. &<br>BMA Investments, Inc. &<br>George Fantini,<br>　　　　Defendant(s) | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No.　**08 – CV – 3163**<br><br>Hon. _____　**Judge Faith Hochberg** |

TO: Clerk
　　United States District Court
　　District of New Jersey
　　60 Walnut St., 4th Floor
　　Newark, New Jersey

### Affidavit of Non-Military Service, Pursuant to 50 U.S.C. 520 et al.

1. I, **Thomas J. Ernst, Plaintiff,** pro se, of full legal age & sound mind, now being duly sworn on this 28th day of October 2008, do state and affirm that:

2. To the best of my knowledge and belief the true copies Summons and Complaint were issued on or about June 23, 2008 with a time deadline; and,

3. Date of service and the affidavit of service were filed on or about June 24, 2008 to all defendants and to their legal counsel; and,

4. No answer or motion has been filed nor received within the time limit fixed by this Court's Order; and.

5. None of the defendants are in the US Military Service, as defined and addressed by 50 U.S.C. 520 et al.; and,

6. None of the Defendants are incompetent nor infants, as defined in Federal Rules of Civil Procedure, 55(b)(1). Further, Affiant sayeth naught.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Thomas J. Ernst, pro se Plaintiff

NOTARY PUBLIC: _____



## Proof & Certificate of Service

I certify and affirm that a true copy of this Request for Default Judgment and related Affidavit(s) and all other documents was served on all Defendants & Counsels of Record by Certified US Pre-Paid, 1st Class Mail, Return Receipt Requested on October 28, 2008:

_Thomas J. Ernst, pro se_
**Thomas J. Ernst, Pro Se**
784 Morris Turnpike, Suite 134
Short Hills, New Jersey 07078
(p) 703-474-7777 (f) 703) 563-9742
Plaintiff

**NOTARY PUBLIC:**

ASHLEY M FREEMAN
Notary Public
State of New Jersey
My Commission Expires Aug 13, 2012

**Mailed To Legal Counsels:**

Fred Funk, Esq. & Brian Funk, Esq.
105 Sleepy Hollow Drive, Suite A
Middletown, Delaware 19709
(p) 302-376-0311 (f) 800-311-6290

**Mailed to Defendants:**

David Bridges & David J. Bridges, Jr.
& BMA Investments & George Fantini
12781 Darby Brock Court
Woodbridge, Virginia 22192

United States District Court
Division of New Jersey

RECEIVED-CLERK
U.S. DISTRICT COURT

2008 OCT 20  P 3: 06

Thomas J. Ernst,
        Plaintiff

Vs.                                        Case # 08-CV-3163

David J. Bridges &
David J. Bridges, Jr. &
BMA Investments, LLC &
George Fantini &
~~Robert Hampner~~
        Defendants

## Plaintiff's Request for Default Judgment

Comes now Plaintiff, Thomas J. Ernst, pro se, pursuant to Rule 55(b)(1), to move this Court and its Clerk enter a $340,000 Default Judgment against Defendants for not appearing and, per attached affidavit, none of Defendants is a minor nor incompetent person(s).

Respectfully Submitted,

*Thomas J. Ernst, pro se*  10/20/08
Thomas J. Ernst, pro se

United States District Court
Division of New Jersey

Thomas J. Ernst,
    Plaintiff

Vs.

Case # 08-CV-3163

David J. Bridges &
David J. Bridges, Jr. &
BMA Investments, LLC &
George Fantini &
~~Robert Kempner~~
    Defendants

## Affidavit in Support of
## Plaintiff's Request for Default Judgment

Comes now Plaintiff, Thomas J. Ernst, being of sound mind 10/20/08 and of legal age, pro se, and now being duly sworn, does swear and affirm that none of the Defendants named in this action is a minor nor or any of the Defendants, to the best of my knowledge and belief, mentally incompetent persons. Rule 55(b)(1), to move this Court and its Clerk enter a Default Judgment against Defendants for not appearing and, per attached affidavit, none of Defendants is a minor nor incompetent person(s).

Respectfully Submitted,

Thomas J. Ernst, pro se    10/20/08

NOTARY PUBLIC:
My Commission Expires on: 6/7/2011

Brigitte Richter-Hajduk

BRIGITTE RICHTER-HAJDUK
Notary Public
State of New Jersey
My Commission Expires Jun 7, 2011

NOTARY PUBLIC:
(SEAL)

> POH IM LEE
> Notary Public
> State of New Jersey
> My Commission Expires Nov 9, 2012

Certificate and Proof of Service:
I certify and affirm that a true copy
of this Complaint & Its Exhibit
Was mailed by US Pre-paid, First Class
Mail to All Counsels of Record for Defendants:
Fred Funk, LLP
 & Brian Funk, Esq.
105 Sleepy Hollow Drive, Suite A
Middletown, Delaware 19709
302-376-0311
800-311-6290 FAX

Certified By:
*Thomas J. Ernst* 10/20/08

Respectfully Submitted By:

*Thomas J. Ernst* 10/20/08
Thomas J. Ernst,
Pro Se, Plaintiff
984 Morris Turnpike, Suite 134
Short Hills, New Jersey 07928
(703) 474-7777
E-Mail: tom@medicure.biz