Thomas J. Ernst, Pro Se, J.D.
784 Morris Turnpike, Suite 134
Short Hills, New Jersey 07078
(703) 474 – 7777

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Thomas J. Ernst, pro se,  )<br>  Plaintiff  )<br>  )<br>  )<br>vs  )<br>  )<br>  )<br>  )<br>David Bridges,  )<br>David Bridges, Jr.,  )<br>BMA Investments, Inc.,  )<br>George Fantini,  )<br>  Defendants  )<br>  ) | **Case No. 08 – CV - 3163**<br><br>**Hon. US District Judge**<br>**Faith S. Hochberg** |

### AFFIDAVIT IN SUPPORT OF PLAINTIFF'S
### <u>REQUEST</u> <u>FOR</u> <u>ENTRY</u> <u>OF</u> <u>DEFAULT</u>

Comes now, Thomas J. Ernst, J.D., of full age and sound mind, now being duly sworn to state, verify, swear, and affirm as follows:

1. Each of the above-named Defendants were properly served with legal notice and summons and waiver of summons form of this action on or about June 25, 2008 at both their places of business and by service to the counsels of record, Fred Funk and Brian Funk of Middletown, Delaware by both US Express Mail and Regular Mail, First Class and Prepaid.

2. Further, I swear and affirm that Defendants remain and continue to live and/or operate business at the addresses of record, to the best of my knowledge and belief, for all times relevant to this action.

3. Finally, I further swear and affirm that each of the above-named Defendants is competent person(s) of legal full age and that none are infants or members of the U.S. Armed Forces for all times relevant herein.

4. Further, affiant sayeth naught.

By: _____, pro se
Thomas J. Ernst, pro se

## NOTARY PUBLIC:

I certify that Thomas J. Ernst of Short Hills, New Jersey personally known to me and personally appeared before me with proper identification and was duly sworn this 14th day of November, 2008 prior to executing this Affidavit:

_____ (SEAL)

POH IM LEE
Notary Public
State of New Jersey
My Commission Expires Nov 9, 2012

My commission expires: NOVEMBER 09, 2012